# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 533 |
| | : | |
| REAPPOINTMENT TO MINOR | : | MAGISTERIAL RULES DOCKET |
| JUDICIARY EDUCATION BOARD | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of May, 2023, Kimberly Booth*, Allegheny County, is hereby reappointed as a member of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2023.

* Lay-elector member